UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-cr-00008-RLY-CSW |
| | ) | |
| JEREMY E. LINDAUER, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On August 21, 2024, the Court held a hearing on the Petition for Warrant for Offender Under Supervision filed on August 8, 2024. (Docket No. 50). Defendant Jeremy E. Lindauer appeared in person with his appointed counsel Doug Walton. The government appeared by Todd Shellenbarger, Assistant United States Attorney. U. S. Probation appeared by Officer Andrea Hillgoth.

This matter was referred to the Magistrate Judge to conduct a hearing and make a report and recommendation as to the disposition. (Docket No. 54). The defendant was advised that the District Judge is not bound to accept the Report and Recommendation.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Lindauer of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Lindauer admitted violation numbers 1 and 2. ([Docket No. 50](#)).

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not possess any child pornography or visual depictions of child erotica or nude minors. Any such material found in your possession shall be considered contraband and will be confiscated by the probation officer."** <br><br> Starting July 18, 2024, and continuing for approximately 2 weeks, Jeremy Lindauer was consistently searching for child erotica on his Internet-enabled smartphone, witnessed by this officer through his phone monitoring. He searched terms such as "Tubi On the Doll," "Deadgirl," "Tree of Knowledge dvd," "Far From Home 1989," and "Forbidden Sun 1989." <br><br> These are just a few examples of the films he was seeking which all include child erotica. Also, on August 2, 2024, Mr. Lindauder was online shopping for "sex dolls," which is considered a sex toy that imitates the human body with special attention given to the genitals. During his online search for a sex toy, he often focused on images of minors which is considered child erotica. <br><br> As previously reported to the Court, on February 22, 2024, the probation office discovered Mr. Lindauer watched a movie titled "Tender Cousins." The movie description notes "14-year-old Julien experiences the intoxicating effects of first love, smitten with his beautiful 16-year-old cousin Julia." The Internet Movie Database details "14-year-old Julien has intercourse with his cousin, but it's soft core, with no genital contact shown on camera." This movie involves visual depictions of child erotica. |
| 2 | **"You must not commit another federal, state, or local crime."** |

>As previously reported to the Court, on April 30, 2023, Mr. Lindauer was arrested for Operating a Vehicle While Intoxicated Endangering a Person. He was convicted on October 12, 2023.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade **C** violation.

   (b) Defendant's criminal history category is **I**.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is **3 to 9** months imprisonment.

5. The parties jointly recommended a sentence of eight (8) months with continued supervision to follow, including additional conditions.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of eight (8) months and serve the balance of his supervision, upon release from imprisonment, under the same conditions as previously imposed with the following additional conditions as defined in the Revocation Parameters Worksheet:

- **20.** You shall not enter or remain at a place for the primary purpose of observing or contacting children under the age of eighteen. You shall not loiter in public restrooms or around any places where minors congregate. Justification: Due to the nature of the offense, this condition is recommended to protect society and reduce the risk of recidivism.

- **24.** You shall not possess any pornography or sexual content which includes violence against women, rape, bondage, or incest. Any such material found in your possession shall be considered contraband and will be confiscated by the probation officer. Justification: Due to the nature of the offense, this condition is needed to support the goals of sex offender treatment.

Defendant reviewed the foregoing additional conditions of supervision with his attorney, and they were read by the government's attorney on the record. Defendant indicated understanding and assent to the additional conditions.

The Magistrate Judge further recommends that defendant be housed at a facility in Lexington, Kentucky or at a facility close to his family in Southern Indiana.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties elected to waive the fourteen-day period to object to the Report and Recommendation.

Date: August 22, 2024

*Crystal S. Wildeman*
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.